UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **Kimberly L. Cobbs** <br><br> v. <br><br> **Genesys Telecommunications, aka Genesys Cloud Services, Inc.** <br><br>    **Defendant.** | Cause No. 1:23-cv-454-JMS-KMB |

### NOTICE OF SETTLEMENT

Plaintiff, Kimberly L. Cobbs, by counsel, notifies the Court pursuant to Local Rule 7.1(h), that the parties have reached a tentative agreement to resolve the disputes in this lawsuit.

Respectfully submitted,

*/s/ Natalie R. Dickey*
Natalie R. Dickey
HKM EMPLOYMENT ATTORNEYS LLP
320 N. Meridian St., Ste. 615
Indianapolis, IN 46204
P/F (317) 449-0574
Email: ndickey@hkm.com