UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **Kimberly L. Cobbs** | |
| v. | Cause No. 1:23-cv-454-JMS-KMB |
| **Genesys Telecommunications, aka Genesys Cloud Services, Inc.** | |
| **Defendant.** | |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, Kimberly Cobbs, by counsel, having filed her *Notice of Dismissal* and the Court being duly advised, hereby finds that it should be **GRANTED**.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that this lawsuit shall be dismissed with prejudice.

Date: 9/1/2023

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution**

All CM/ECF-registered counsel of record